UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NANCY HEAD,                              )
       Plaintiff,                        )
                                                )
v.                                       )       Civil Action No.
                                                )
OCWEN LOAN SERVICING, L.L.C.,            )
       Defendants.                       )
_____)

## COMPLAINT

COMES NOW Nancy Head by and through her attorney Elizabeth A. Carson and for her causes of action against Ocwen Loan Servicing, LLC states:

1. The court has jurisdiction under 28 USC §1331 and 12 USC §2605.

2. Ocwen Loan Servicing, LLC located at 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33409 may be served with process by service on the Corporation Service Company 200 SW 30th Street, Topeka, KS 66611.

3. On or about March 13, 2003, Nancy Head purchased property located at 2525 S. Mosley Street, Wichita, KS 67216-1116.

4. Nancy Head borrowed the sum of $33,600.00 from Option One Mortgage Corporation and gave a mortgage to Option One in that amount on March 13, 2003.

5. Nancy Head has faithfully made her payments each and every month.

6. Option One Mortgage Corporation initially serviced the loan.

7. Servicing was transferred to Homeward Residential, Inc. and Nancy Head began making her payments to Homeward.

8. On or about January 17, 2013, Homeward Residential, Inc. sent Nancy Head a letter advising her she was in default under the terms and conditions of the

8

security agreement.

9. On or about January 28, 2013, Howard Residential transferred servicing to Ocwen Loan Servicing, LLC.

10. On or about March 22, 2013, Nancy Head received a past due notice from Ocwen claiming $1,177.48 was due and owing. She continued to make her payments.

11. On or about May 4, 2013, Ocwen sent another notice of default requesting $1529.06. Nancy Head continued to make her payments.

12. On or about June 6, 2013, Nancy Head faxed a letter to Ocwen asking Ocwen to provide her information about the missed payments. She stated that she had never missed a payment since 2003.

13. On July 3, 2013, Ocwen acknowledged receipt of the letter and advised Head that Ocwen would respond as per RESPA requirements. Ocwen never responded.

14. On or about November 2, 2013, Nancy Head received yet another notice of default seeking $2201.16. Nancy Head continued to make her payments.

15. On or about December 4, 2013, Nancy Head received another notice of default seeking a payment of $1804.47. Nancy continued to make her payments.

16. Recently Ocwen has refused to accept mortgage payments from Nancy Head.

CAUSES OF ACTION
COUNT I-- RESPA

17. Ocwen is a mortgage servicer and the loan is a federally related mortgage loan.

18. Head has delivered a qualified written request to Ocwen.

19. Ocwen failed to respond to the qualified written request and has failed to

explain the discrepancy in the records to Head.

20. As a result of those failures, Head has suffered damages in worry and emotional distress as a result of her inability to resolve her alleged delinquency and has not been given an accurate accounting as requested.

WHEREFORE Head prays for damages in excess of $75,000, for her attorneys fees and expenses, for an accurate accounting and for such other and further relief as the court deems just and equitable.

## COUNT II—FAIR DEBT COLLECTIONS PRACTICES ACT

21. Ocwen is a debt collector.

22. Head is a consumer.

23. Ocwen has misrepresented the amount of the debt and has repeatedly contacted Head in an attempt to collect the debt.

24. Ocwen is threatening foreclosure in an effort to collect a debt when foreclosure is not justified.

25. As a result, Head has suffered damages due to the worry and emotional distress as a result of communications from Ocwen and has not been given an accurate accounting of the amount due.

26. The letter of June 6, 2013 can be treated as a request for verification of the debt as well as a qualified written request.

27. Ocwen failed to verify the debt and continued its contact with Head without proper verification of the debt in violation of the Fair Debt Collection Practices Act.

WHEREFORE Head prays for damages in excess of $75,000, for her attorneys fees and expenses, for an accurate accounting and for such other and further relief as

the court deems just and equitable.

## JURY TRIAL

Head requests a jury trial for all issues triable in Wichita, Kansas.

                                                                     BRUCE, BRUCE & LEHMAN, L.L.C.

                                                      By *s/ Elizabeth A. Carson*
                                                          ELIZABETH A. CARSON, #11356
                                                          P.O. Box 75037
                                                          Wichita, KS 67275-5037
                                                          Telephone: (316) 264-8000
                                                          Facsimile: (316) 267-4488
                                                          LCarson@KsAdvocates.com
                                                          Attorney for Plaintiff